MERCADO JUAREZ *v.* UNITED STATES

Court No. 91–10–00768

Slip Op. 92–103 of July 9, 1992 not published at this time at the direction of the Court. Amended opinion and order will be published in Slip Op. 92–116.